1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JOHNNY TCHANG, an individual | )  Case No.: 2:16-cv-09535-BRO-AJW |
| 12          Plaintiff, | )  **ORDER RE STIPULATION OF** |
| 13       vs. | )  **VOLUNTARY DISMISSAL OF** |
| | )  **ENTIRE ACTION WITH** |
| 14  RONALD H. GABRIEL in his | )  **PREJUDICE** |
| individual capacity and as Trustee of the | ) |
| 15  GABRIEL FAMILY LIVING TRUST, | ) |
| GOHARIK GABRIEL in his individual | ) |
| 16  capacity and as Trustee of the GABRIEL | )  [Hon. Beverly Reid O'Connell presiding] |
| FAMILY LIVING TRUST, | ) |
| 17 | ) |
| 18          Defendants. | ) |
| 19 | ) |
| 20 | ) |
| 21 | ) |
| 22 | ) |
| 23 | ) |

24

25

26

27

28

1

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice,"
and good cause appearing therefore, IT IS HEREBY ORDERED that the above-
captioned action shall be dismissed with prejudice in its entirety. Each party shall
bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated APRIL 20, 2017

_____
BEVERLY REID O'CONNELL
United States District Court,
Central District of California